**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRI HALE** **PLAINTIFF**

**VS.** **CASE No. 4:26-CV-00071 JM**

**FRANK BISIGNANO,**
**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Plaintiff has filed an unopposed motion for award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA) (Doc. No. 19). After consideration of the motion and the record, the Court finds that the requested sum is reasonable.

Therefore, the Court awards Plaintiff attorney's fees in amount of $5,875.00 to be paid directly to Plaintiff as the prevailing party[1] and delivered to "Gerry" Schulze, P.A. , 8317 Ascension Road, Little Rock, AR 72204.

IT IS SO ORDERED this 9th day of November, 2026.

UNITED STATES DISTRICT JUDGE

[1] Unless the Commissioner determines that payment of the fees directly to Plaintiff's counsel is appropriate.